| AO 245D (Rev. 09/19) | Judgment in a Criminal Case for Revocations<br>Sheet 1 | United States District Court<br>Southern District of Texas |
|---|---|---|

**ENTERED**
December 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Holding Session in McAllen

| UNITED STATES OF AMERICA<br>v.<br>**BENJAMIN PIEDRA**<br>A/K/A Piedra | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER: 7:07CR00231-S2-008<br>USM NUMBER: 05330-748<br><br>Juan Jose Becerra, AFPD<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s) _Mandatory and Special_ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A | LAW VIOLATION: Public Intoxication. [Texas Penal Code § 49.02] | 07/20/2019 |
| 1B | LAW VIOLATION: Public Intoxication. [Texas Penal Code § 49.02] | 09/08/2019 |
| 1C | LAW VIOLATION: Aggravated Robbery. [Texas Penal Code § 29.03 (a)(2)] | 10/26/2019 |

☒ See Additional Violations

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-7330 | November 16, 2020 |
|---|---|
| Defendant's Date of Birth: XX/XX/1975 | Date of Imposition of Judgment |
| City and State of Defendant's Residence:<br>510 Amber Drive<br>Weslaco, Texas 78596 | _/s/ Ricardo H. Hinojosa_<br>Signature of Judge |
| | **RICARDO H. HINOJOSA**<br>**UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge |
| | 12/1/20<br>Date |

MDP

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment — Page  2  of  3

DEFENDANT: **BENJAMIN PIEDRA**
CASE NUMBER: **7:07CR00231-S2-008**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1D | LAW VIOLATION: Criminal Trespass. [Texas Penal Code § 30.05(a)] | 11/04/2019 |
| 1E | LAW VIOLATION: Failure to identify fugitive from justice. [Texas Penal Code § 38.02(d)(1)] | 11/04/2019 |
| 1F | LAW VIOLATION: Resisting arrest, search, or transport. [Texas Penal Code § 38.03(a)] | 11/04/2019 |
| 1G | LAW VIOLATION: Criminal Mischief. [Texas Penal Code § 28.03(b)(3)(A)] | 11/04/2019 |
| 2 | Failure to participate as directed in a drug/alcohol treatment program. | 09/08/2019 |

☐ See Additional Violations

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2 – Imprisonment

Judgment — Page 3 of 3

DEFENDANT: **BENJAMIN PIEDRA**
CASE NUMBER: **7:07CR00231-S2-008**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 24 months.
The Court further orders that the imprisonment term imposed in the instant offense run concurrently with the imprisonment term that was imposed in Cause Number CR-5066-19-I, 398th District Court, Hidalgo County, Edinburg, Texas.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at_____ on_____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on_____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL